UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80346 -CIV-RYSKAMP/WHITE

MICHAEL PORTER,

    Petitioner,

v.

JAMES MCDONOUGH ,

    Respondent.
_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE comes before the Court pursuant to Petitioner's Motion for Certificate of Appealability, filed December 11, 2007 **[DE 23]**. To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable either (1) the merits of a constitutional claim or (2) both the merits of an underlying claim and the procedural issues he seeks to raise with respect to that claim. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542 (2000). Appellant has failed to satisfy either test set forth above. Accordingly, appellant's motion for a certificate of appealability, filed December 11, 2007 **[DE 23]** is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 11th day of December, 2007.

                                            S/Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE